# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HOLLOWAY, et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>BUFFALO DENTAL MANUFACTURING COMPANY, INC.,<br><br>　　　　　　　　　　　Defendant. | Case No.: 19-CV-01742 W (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 29]** |

Parties have filed a joint motion to dismiss this action against the remaining Defendant, Buffalo Dental Manufacturing, Inc., with prejudice. [Doc. 29.] Good cause appearing, the Court **GRANTS** the joint motion. This action is dismissed **WITH PREJUDICE**. Per the terms of the joint motion, each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: October 15, 2020

_____
Hon. Thomas J. Whelan
United States District Judge